O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | SA 07-262M |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| RUBEN LEMUS-COVARRUBIAS, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. (X) serious risk defendant will flee;

   2. ( ) serious risk defendant will

      a. ( ) obstruct or attempt to obstruct justice;

1       b. ( )   threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

2       II.

3   The Court finds no condition or combination of conditions will reasonable assure:

4   A. ( X )   appearance of defendant as required; and/or

5   B. ( )  safety of any person or the community;

6       III.

7   The Court has considered:

8   A. ( x) the nature and circumstances of the offense;

9   B. (x) the weight of evidence against the defendant;

10   C. (x) the history and characteristics of the defendant;

11   D. ( ) the nature and seriousness of the danger to any person or to the community.

12       IV.

13   The Court concludes:

14   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15

16   B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

17       **Defendant is undocumented. He has no ties to the community and no bail**

18       **resources.**

19

20   C. ( ) A serious risk exists that defendant will:

21       1. ( )  obstruct or attempt to obstruct justice;

22       2. ( )  threaten, injure or intimidate a witness/ juror; because:

23

24   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

25       provided in 18 U.S.C. § 3142 (e).

26 ///

27 ///

28 ///

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated:    September 25, 2007

                                                  Marc L. Goldman
                                                  U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                              - 3 -                                    Page 3 of 3